Agricultural Dev. Servs., LLC v Rich (2024 NY Slip Op 00507)

Agricultural Dev. Servs., LLC v Rich

2024 NY Slip Op 00507

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, AND KEANE, JJ.

64 CA 22-01524

[*1]AGRICULTURAL DEVELOPMENT SERVICES, LLC, PLAINTIFF-APPELLANT,
v
RYAN P. RICH, HYPE LABS, LLC, RLF INDUSTRIES, LLC, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

LIPPES MATHIAS LLP, BUFFALO (SCOTT S. ALLEN, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
WOODS OVIATT GILMAN LLP, BUFFALO (BRIAN D. GWITT OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from a judgment of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered August 25, 2022. The judgment awarded defendants Ryan P. Rich and Hype Labs, LLC, money damages against plaintiff. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision entered February 2, 2022 at Supreme Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court